UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth James Jasorka,                                          Civil No. 10-3992 SRN/FLN

    Plaintiff,

v.                                                              O R D E R

Reiter & Schiller, PA,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 24, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 14, 2012.        s/Susan Richard Nelson
at St. Paul, Minnesota          SUSAN RICHARD NELSON
                                     United States District Judge